SAMUEL G. CRAIG, as Administrator, etc., Respondent, *v.* THE MANHATTAN RAILWAY COMPANY, Appellant.

(Argued October 12, 1886 ; decided November 23, 1886.)

*Edward S. Rapallo* for appellant.

*Peter Mitchell* for respondent.

Agree to affirm ; no opinion.

ANDREWS, MILLER, FINCH, and DANFORTH, JJ., concur; RUGER, Ch. J., and EARL, J., do not vote ; RAPALLO, J., takes no part.

Judgment affirmed.

---

JULIA RILEY, as Administratrix, etc., Appellant, *v.* THE AL-BANY SAVINGS BANK, Respondent.

(Argued October 12, 1886 ; decided November 23, 1886.)

*William R. Guthrie* for appellant.

*Leonard G. Hun* for respondent.

Agree to affirm.

RAPALLO, EARL, FINCH, and DANFORTH, JJ., concur ; RUGER, Ch. J., ANDREWS and MILLER, JJ., dissent.

Order affirmed, and judgment absolute against appellant.